PROB 22  
(Rev. 12/13)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*  
8:22CR00009-2

DOCKET NUMBER *(Rec. Court)*

| | | |
|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Johnny Bradford, II | DISTRICT<br>District of Nebraska | DIVISION<br>Omaha |
| | NAME OF SENTENCING JUDGE<br>The Honorable Brian C. Buescher<br>U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/17/2024  TO 01/16/2027 |

OFFENSE  
Fraud By Wire - Radio - Or Television

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)  
U.S. Probation for the District of Nevada is requesting a Transfer of Jurisdiction to the District of Nevada as Mr. Bradford has no intention of leaving Nevada.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/24/2024  
*Date*

*[signature]*  
Brian C. Buescher, *U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/29/2024  
*Effective Date*

*[signature]*  
*United States District Judge*